IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01358-BNB

CHARLES J. STOUT,

    Applicant,

v.

RON WAGER (Acting Warden), and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2008

GREGORY C. LANGHAM
                      CLERK

---

ORDER OF DISMISSAL

---

Applicant Charles J. Stout is a prisoner in the custody of the Colorado Department of Corrections at the Fremont Correctional Facility at Cañon City, Colorado. Mr. Stout initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of the sentence he is serving. In an order filed on July 7, 2008, Magistrate Judge Craig B. Shaffer ordered Mr. Stout to file an amended habeas corpus application that clarifies the claims he is asserting in this action. Magistrate Judge Shaffer specifically ordered Mr. Stout to identify clearly the federal constitutional rights that he believes have been violated and to provide specific facts in support of each claim. On August 4, 2008, Mr. Stout filed an amended habeas corpus application.

The Court must construe the amended application liberally because Mr. Stout is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not

be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will deny the amended application and dismiss the action.

Mr. Stout is challenging the validity of the sentence he is serving pursuant to his conviction in Fremont County District Court case number 01CR425. Mr. Stout was charged with numerous counts of sexual assault on a child by a person in a position of trust and he pled guilty to one of those counts naming eight victims. Mr. Stout was sentenced in April 2002 to a stipulated indeterminate term of sixteen years to life in prison.

The Court has reviewed the amended application and finds that Mr. Stout still fails to identify clearly the federal constitutional claims he is asserting. Construing the amended application liberally, it appears that Mr. Stout's second claim for relief is a federal constitutional claim because he refers to *Blakely v. Washington*, 542 U.S. 296 (2004), in support of that claim. However, Mr. Stout fails to allege specific facts in support of the *Blakely* claim. Given that Mr. Stout was sentenced to a stipulated prison term, it is not clear to the Court what facts Mr. Stout believes support a claim pursuant to *Blakely*. Mr. Stout also fails to allege specific facts in support of the other two claims for relief asserted in the amended application.

As Mr. Stout was advised by Magistrate Judge Shaffer in the order directing Mr. Stout to file an amended application, Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires more than notice pleading, *see Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977), and naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254, *see Ruark v.*

*Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Stout has failed to file an amended pleading that provides fair notice of the claims he is asserting and, as a result, the instant action must be dismissed. Accordingly, it is

ORDERED that the habeas corpus application and the amended application are denied and the action is dismissed without prejudice for failure to assert clearly the violation of a federal constitutional right.

DATED at Denver, Colorado, this 13 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01358-BNB

Charles J. Stout
Prisoner No. 113027
Fremont Corr. Facility
PO Box 999 - 2D3
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  8/14/08  .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk